# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYTHEL FISHER,<br><br>　　　　Respondent. | Case No. 1:19-cv-01589-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF No. 4) |

Petitioner is state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 7, 2019, Petitioner filed the instant motion for temporary restraining order "to prevent California Department of Corrections and Rehabilitation (CDCR) from terminating the provisions of previous orders from the Ninth Circuit and the State trial court, regarding Phillips' ongoing access to his legal papers and typewriter." (ECF No. 4 at 1).[1] Petitioner claims that based on CDCR practices and procedures for inmates formerly sentenced to death and now returned to CDCR with a sentence other than death, Petitioner will have no access to his typewriter for eight to twelve months and will no longer have timely access to his thirty boxes of case files. (Id.).

///

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

The Court HEREBY ORDERS that:

1. Respondent shall file a response to Petitioner's motion within twenty-one (21) days of the date of service of this order; and

2. Petitioner may file a reply to Respondent's response within seven (7) days of the date of service of the response.

IT IS SO ORDERED.

Dated: **November 12, 2019**

UNITED STATES MAGISTRATE JUDGE