# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYTHEL FISHER,<br><br>　　　　Respondent. | Case No. 1:19-cv-01589-DAD-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S SIXTH MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 56) |

Petitioner is state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 14, 2021, Petitioner filed his sixth motion for a thirty-day extension of time to file the traverse. (ECF No. 56). Petitioner states that the institution remains on a COVID-19 modified program with limited law library access and that since the filing of his previous motion for extension of time, he has been given ninety minutes access to six of his boxes of case files.

The Court finds that a response from Respondent regarding the COVID-19 modified program in place at Petitioner's institution, law library access, and the frequency and length of time Petitioner is able to access his case files would assist the Court in this matter. Accordingly, the Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, Respondent shall file a response to Petitioner's sixth motion for extension of time.

IT IS SO ORDERED.

Dated: **May 17, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE