# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS, <br><br> Petitioner, <br><br> v. <br><br> RAYTHEL FISHER, <br><br> Respondent. | Case No. 1:19-cv-01589-ADA-SAB-HC <br><br> ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION <br><br> (ECF No. 70) |

Petitioner is state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved for an extension of time to file his objections to the findings and recommendation due to a lockdown and lack of access to the law library. (ECF No. 70.)

IT IS HEREBY ORDERED that Petitioner is granted to and including April 21, 2023, to file his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated: **March 14, 2023**

UNITED STATES MAGISTRATE JUDGE